# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALLUM SAVAKUS-MALONE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PIRAMAL CRITICAL CARE, INC., MASIS STAFFING SOLUTIONS, LLC, and **DOES 1-10**, <br><br> Defendants. | CLASS AND COLLECTIVE ACTION <br><br> CASE NO. _____ <br><br> JURY TRIAL DEMANDED |

## CONSENT TO SUE

1. I understand that this lawsuit asserts claims under the Fair Labor Standard Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*, and concerns the alleged failure to pay overtime wages to me and all current and former Production Operators and other job titles performing similar job duties at any time in the last three years by Piramal Critical Care, Inc. and Masis Staffing Solutions, LLC ("Defendants").

2. I represent that Defendants employed me as a Production Officer in the last three years and did not pay me overtime premiums for my hours worked in excess of 40 per workweek.

3. Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), I hereby consent to sue and act as the Named Plaintiff in the above-captioned lawsuit.

4. I agree to be bound by any adjudication or court rulings in the lawsuit, whether favorable or unfavorable.

5. I hereby designate Johnson Becker, PLLC to represent me in this lawsuit.

Signature: *Callum R S Malone*
Callum R. Savakus-Malone (Sep 30, 2018)

Print Name: Callum R Savakus-Malone

Date: Sep 30, 2018     Telephone Number: 6103339975

Address: 308 Nazareth Pike

Address (Line 2): _____

Email Address: callum84malone@gmail.com