UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALLUM SAVAKUS-MALONE, *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*, Plaintiff, | : : : : : |
| v. | : No. 5:18-cv-05063 |
| PIRAMAL[1] CRITICAL CARE, INC., MASIS STAFFING SOLUTIONS, LLC, and DOES 1-10, Defendants | : : : : : |

**O R D E R**

**AND NOW**, this 3rd day of July, 2019, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendant Masis's Motion to Dismiss, ECF No. 19, is **GRANTED**.
2. All claims against Defendant Masis are **DISMISSED without prejudice**.
3. **Within twenty days of the date of this Order**, Plaintiff may, consistent with the Opinion, file a second amended complaint reasserting his claims with additional factual allegations to support each. If Plaintiff fails to timely file a second amended complaint, the case will proceed under the First Amended Complaint, *see* ECF No. 16, against the remaining defendants.
4. The Clerk of Court is directed to correct the spelling of Defendant "Piramal Critical Care, Inc." on the docket.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Incorrectly spelled "Primal" on the docket.